UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATRICK HUNTER, SR., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:23-cv-00216 |
| vs | ) ) |
| CALVIN NICHOLS and SEBRI TRUCKING, INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendants Calvin Nichols ("Nichols") and Sebri Trucking, Inc. ("Sebri"), pursuant to 28 U.S.C. §1332, file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Evansville Division, from the Vanderburgh Circuit Court, No. 1, Evansville, Indiana, and state as follows:

1. Nichols and Sebri are defendants in a personal injury action now pending in the Vanderburgh Circuit Court, No. 1 under Cause No. 82C01-2308-CT-004161.

2. Plaintiff filed his Complaint in the Vanderburgh Circuit Court, No. 1 on August 28, 2023.

3. Based upon information provided by the online docket for the Vanderburgh Circuit Court, No. 1, Nichols was served with a copy of the Summons and Complaint on September 9, 2023.

4. Based upon information provided by the online docket for the Vanderburgh Circuit Court, No. 1, Sebri was served with a copy of the Summons and Complaint on September 6, 2023.

5. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6. Plaintiff Patrick Hunter Sr. is a citizen of the State of Texas, residing at and domiciled at 6758 Arid Way, San Antonio, TX 78252.

7. Nichols is a citizen of the State of Ohio, residing and domiciled at 2020 Marlindale Road, Cleveland Heights, OH 44118.

8. Sebri Trucking, Inc. is an active Illinois corporation with its principal place of business at 13800 Meadow Lane, Plainfield, IL 60544.

9. The controversy in this cause of action is entirely between citizens of different states.

10. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that his damages are less than $75,000.00. (See, Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11. Attached hereto as Exhibit B is a complete copy of the state court record, which includes Appearance of Attorney John L. Smith for Plaintiff, Complaint and Demand for Jury Trial, Summons to Calvin Nichols, Summons to Sebri Trucking, Inc., Signed Affidavit of Service for Defendant Calvin Nichols, Signed Affidavit for Defendant Sebri Trucking, Inc., Appearance of Attorneys

Christopher R. Whitten and Matthew K. Phillips for Defendants, Agreed Unopposed Motion for Enlargement of Time, Notice of Service of Discovery, Order Granting Enlargement of Time, Notice of Service of Plaintiffs Responses to Defendants First Request for Admission.  These documents constitute all of the pleadings and process on file with the Vanderburgh Circuit Court, No. 1 as of the date of this filing of this Notice of Removal.

12. Attached hereto as <u>Exhibit C</u> is a separate copy of Plaintiff's Complaint filed on August 28, 2023.

13. Attached hereto as <u>Exhibit D</u> is the current State Court docket.

14. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Vanderburgh Circuit Court, No. 1.

        Respectfully submitted,

        WHITTEN LAW OFFICE LLC

        ***s/Matthew K. Phillips***
        Christopher R. Whitten/#20429-49
        Matthew K. Phillips/#28724-49
        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

>John L. Smith
>MORGAN & MORGAN
>611 E Spring Street
>New Albany, IN 47150
>johnsmith@forthepeople.com
>*Counsel for Plaintiff*

>*s/Matthew K. Phillips*
>Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151